# N THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Visto Corporation,<br><br>        Plaintiff,<br>   vs.<br><br>Microsoft Corporation<br><br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:05-CV-546 (DJF) |

## ADDITIONAL ATTACHMENTS

## MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF VISTO'S PATENTS