# archive.info-cyrus - 16

[ Next in Sequence | Previous in Sequence | Threaded Index | List Index | Top of Thread Index | Top of List Index ]

Search

| Msg # | 16 | Previous in Sequence | Next in Sequence |
|---|---|---|---|
| Date | Wed, 15 Mar 1995 13:15:10 -0500 (EST) | | |
| To | Cyrus Project Information Mailing List <info-cyrus+@andrew.cmu.edu> | | |
| CC: | imap@cac.washington.edu, Outbound News <outnews+netnews.comp.mail.misc@andrew.cmu.edu> | | |
| From | John Gardiner Myers <jgm+@CMU.EDU> | | |
| Reply-To: | John Gardiner Myers <jgm+@CMU.EDU> | | |
| Subject | Cyurs IMAP server v1.2 release | | |

```
Carnegie Mellon University is pleased to announce the release of
version 1.2 of its Cyrus IMAP server.  This is the first server to
support version 4 of the IMAP protocol, described in RFC 1730.

IMAP (Internet Message Access Protocol) is an Internet standards-track
protocol for accessing messages (mail, bboards, news, etc). The Cyrus
IMAP server differs from other IMAP server implementations in that it
is generally intended to be run on "sealed" servers, where normal
users are not permitted to log in. The mailbox database is stored in
parts of the filesystem that are private to the Cyrus IMAP system. All
user access to mail is through the IMAP, POP3, or KPOP protocols.

The private mailbox database design gives the server large advantages
in efficiency, scalability, and administratability. Multiple
concurrent read/write connections to the same mailbox are
permitted. The server supports access control lists on mailboxes and
storage quotas on mailbox hierarchies.

For more information see http://andrew2.andrew.cmu.edu/cyrus/imapd

The server software is available under a "Berkeley" style license from
ftp://ftp.andrew.cmu.edu/pub/cyrus-mail/cyrus-imapd-v1.2.tar.gz
A PGP signature on the software distribution by
"John Gardiner Myers <jgm+@cmu.edu>" is in
ftp://ftp.andrew.cmu.edu/pub/cyrus-mail/cyrus-imapd-v1.2.tar.gz.sig

 --
_.John G. Myers          Internet: jgm+@CMU.EDU
                         LoseNet:  ...!seismo!ihnp4!wiscvm.wisc.edu!give!up
```

[ Next in Sequence | Previous in Sequence | Threaded Index | List Index | Top of Thread Index | Top of List Index ]