```
Network Working Group                                          M. Crispin
Request for Comments: 1730                         University of Washington
Category: Standards Track                                  December 1994
```

INTERNET MESSAGE ACCESS PROTOCOL - VERSION 4

Status of this Memo

This document specifies an Internet standards track protocol for the
Internet community, and requests discussion and suggestions for
improvements. Please refer to the current edition of the "Internet
Official Protocol Standards" (STD 1) for the standardization state
and status of this protocol. Distribution of this memo is unlimited.

Abstract

The Internet Message Access Protocol, Version 4 (IMAP4) allows a
client to access and manipulate electronic mail messages on a server.
IMAP4 permits manipulation of remote message folders, called
"mailboxes", in a way that is functionally equivalent to local
mailboxes. IMAP4 also provides the capability for an offline client
to resynchronize with the server (see also [IMAP-DISC]).

IMAP4 includes operations for creating, deleting, and renaming
mailboxes; checking for new messages; permanently removing messages;
setting and clearing flags; RFC 822 and MIME parsing; searching; and
selective fetching of message attributes, texts, and portions
thereof. Messages in IMAP4 are accessed by the use of numbers.
These numbers are either message sequence numbers (relative position
from 1 to the number of messages in the mailbox) or unique
identifiers (immutable, strictly ascending values assigned to each
message, but which are not necessarily contiguous).

IMAP4 supports a single server. A mechanism for supporting multiple
IMAP4 servers is discussed in [IMSP].

IMAP4 does not specify a means of posting mail; this function is
handled by a mail transfer protocol such as [SMTP].

IMAP4 is designed to be upwards compatible from the [IMAP2] protocol.
Compatibility issues are discussed in [IMAP-COMPAT].

Crispin                                                         [Page i]

SMRT 0004107
SNI(MSFT) 001686

Table of Contents

IMAP4 Protocol Specification ....................................... 1
1.      Organization of this Document .............................. 1
1.1.    How to Read This Document .................................. 1
1.2.    Conventions Used in this Document .......................... 1
2.      Protocol Overview .......................................... 1
2.1.    Link Level ................................................. 1
2.2.    Commands and Responses ..................................... 1
2.2.1.  Client Protocol Sender and Server Protocol Receiver ........ 2
2.2.2.  Server Protocol Sender and Client Protocol Receiver ........ 2
3.      State and Flow Diagram ..................................... 4
3.1.    Non-Authenticated State .................................... 4
3.2.    Authenticated State ........................................ 4
3.3.    Selected State ............................................. 4
3.4.    Logout State ............................................... 4
4.      Data Formats ............................................... 6
4.1.    Atom ....................................................... 6
4.2.    Number ..................................................... 6
4.3.    String ..................................................... 6
4.3.1.  8-bit and Binary Strings ................................... 7
4.4.    Parenthesized List ......................................... 7
4.5.    NIL ........................................................ 7
5.      Operational Considerations ................................. 8
5.1.    Mailbox Naming ............................................. 8
5.2.    Mailbox Size and Message Status Updates .................... 8
5.3.    Response when no Command in Progress ....................... 8
5.4.    Autologout Timer ........................................... 9
5.5.    Multiple Commands in Progress .............................. 9
6.      Client Commands ............................................ 10
6.1.    Client Commands - Any State ................................ 10
6.1.1.  CAPABILITY Command ......................................... 10
6.1.2.  NOOP Command ............................................... 11
6.1.3.  LOGOUT Command ............................................. 11
6.2.    Client Commands - Non-Authenticated State .................. 12
6.2.1.  AUTHENTICATE Command ....................................... 12
6.2.2.  LOGIN Command .............................................. 14
6.3.    Client Commands - Authenticated State ...................... 14
6.3.1.  SELECT Command ............................................. 15
6.3.2.  EXAMINE Command ............................................ 16
6.3.3.  CREATE Command ............................................. 17
6.3.4.  DELETE Command ............................................. 18
6.3.5.  RENAME Command ............................................. 18

SMRT 0004108
SNI(MSFT) 001687

6.3.6.      SUBSCRIBE Command ............................................ 19
6.3.7.      UNSUBSCRIBE Command .......................................... 19
6.3.8.      LIST Command ................................................. 20
6.3.9.      LSUB Command ................................................. 22
6.3.10.     APPEND Command ............................................... 22
6.4.        Client Commands - Selected State ............................. 23
6.4.1.      CHECK Command ................................................ 23
6.4.2.      CLOSE Command ................................................ 24
6.4.3.      EXPUNGE Command .............................................. 25
6.4.4.      SEARCH Command ............................................... 25
6.4.5.      FETCH Command ................................................ 29
6.4.6.      PARTIAL Command .............................................. 32
6.4.7.      STORE Command ................................................ 33
6.4.8.      COPY Command ................................................. 34
6.4.9.      UID Command .................................................. 35
6.5.        Client Commands - Experimental/Expansion ..................... 37
6.5.1.      X<atom> Command .............................................. 37
7.          Server Responses ............................................. 38
7.1.        Server Responses - Status Responses .......................... 39
7.1.1.      OK Response .................................................. 40
7.1.2.      NO Response .................................................. 40
7.1.3.      BAD Response ................................................. 41
7.1.4.      PREAUTH Response ............................................. 41
7.1.5.      BYE Response ................................................. 41
7.2.        Server Responses - Server and Mailbox Status ................. 42
7.2.1.      CAPABILITY Response .......................................... 42
7.2.2.      LIST Response ................................................ 43
7.2.3.      LSUB Response ................................................ 44
7.2.4.      SEARCH Response .............................................. 44
7.2.5.      FLAGS Response ............................................... 44
7.3.        Server Responses - Message Status ............................ 45
7.3.1.      EXISTS Response .............................................. 45
7.3.2.      RECENT Response .............................................. 45
7.3.3.      EXPUNGE Response ............................................. 45
7.3.4.      FETCH Response ............................................... 46
7.3.5.      Obsolete Responses ........................................... 51
7.4.        Server Responses - Command Continuation Request .............. 51
8.          Sample IMAP4 session ......................................... 52
9.          Formal Syntax ................................................ 53
10.         Author's Note ................................................ 64
11.         Security Considerations ...................................... 64
12.         Author's Address ............................................. 64
Appendices ............................................................... 65
A.          Obsolete Commands ............................................ 65
A.6.3.OBS.1.       FIND ALL.MAILBOXES Command ........................... 65
A.6.3.OBS.2.       FIND MAILBOXES Command ............................... 65
A.6.3.OBS.3.       SUBSCRIBE MAILBOX Command ............................ 66
A.6.3.OBS.4.       UNSUBSCRIBE MAILBOX Command .......................... 66

SMRT 0004109
SNI (MSFT) 001688

B.          Obsolete Responses ........................................... 68
B.7.2.OBS.1.    MAILBOX Response ........................................ 68
B.7.3.OBS.1.    COPY Response ........................................... 68
B.7.3.OBS.2.    STORE Response .......................................... 69
C.          References ................................................... 70
E.          IMAP4 Keyword Index .......................................... 71

SMRT 0004110
SNI(MSFT) 001689

IMAP4 Protocol Specification

1.      Organization of this Document

1.1.    How to Read This Document

   This document is written from the point of view of the implementor of
   an IMAP4 client or server. Beyond the protocol overview in section
   2, it is not optimized for someone trying to understand the operation
   of the protocol. The material in sections 3 through 5 provides the
   general context and definitions with which IMAP4 operates.

   Sections 6, 7, and 9 describe the IMAP commands, responses, and
   syntax, respectively. The relationships among these are such that it
   is almost impossible to understand any of them separately. In
   particular, one should not attempt to deduce command syntax from the
   command section alone; one should instead refer to the formal syntax
   section.

1.2.    Conventions Used in this Document

   In examples, "C:" and "S:" indicate lines sent by the client and
   server respectively.

2.      Protocol Overview

2.1.    Link Level

   The IMAP4 protocol assumes a reliable data stream such as provided by
   TCP. When TCP is used, an IMAP4 server listens on port 143.

2.2.    Commands and Responses

   An IMAP4 session consists of the establishment of a client/server
   connection, an initial greeting from the server, and client/server
   interactions. These client/server interactions consist of a client
   command, server data, and a server completion result response.

   All interactions transmitted by client and server are in the form of
   lines; that is, strings that end with a CRLF. The protocol receiver
   of an IMAP4 client or server is either reading a line, or is reading
   a sequence of octets with a known count followed by a line.

SMRT 0004111
SNI (MSFT) 001690

2.2.1.  Client Protocol Sender and Server Protocol Receiver

   The client command begins an operation.  Each client command is
   prefixed with a identifier (typically a short alphanumeric string,
   e.g. A0001, A0002, etc.) called a "tag".  A different tag is
   generated by the client for each command.

   There are two cases in which a line from the client does not
   represent a complete command.  In one case, a command argument is
   quoted with an octet count (see the description of literal in String
   under Data Formats); in the other case, the command arguments require
   server feedback (see the AUTHENTICATE command).  In either case, the
   server sends a command continuation request response if it is ready
   for the octets (if appropriate) and the remainder of the command.
   This response is prefixed with the token "+".

        Note: If, instead, the server detected an error in the
        command, it sends a BAD completion response with tag
        matching the command (as described below) to reject the
        command and prevent the client from sending any more of the
        command.

        It is also possible for the server to send a completion
        response for some other command (if multiple commands are
        in progress), or untagged data.  In either case, the
        command continuation request is still pending; the client
        takes the appropriate action for the response, and reads
        another response from the server.

   The protocol receiver of an IMAP4 server reads a command line from
   the client, parses the command and its arguments, and transmits
   server data and a server command completion result response.


2.2.2.  Server Protocol Sender and Client Protocol Receiver

   Data transmitted by the server to the client and status responses
   that do not indicate command completion are prefixed with the token
   "*", and are called untagged responses.

   Server data may be sent as a result of a client command, or may be
   sent unilaterally by the server.  There is no syntactic difference
   between server data that resulted from a specific command and server
   data that were sent unilaterally.

   The server completion result response indicates the success or
   failure of the operation.  It is tagged with the same tag as the
   client command which began the operation.  Thus, if more than one

SMRT 0004112
SNI(MSFT) 001691

command is in progress, the tag in a server completion response
identifies the command to which the response applies.  There are
three possible server completion responses: OK (indicating success),
NO (indicating failure), or BAD (indicating protocol error such as
unrecognized command or command syntax error).

The protocol receiver of an IMAP4 client reads a response line from
the server.  It then takes action on the response based upon the
first token of the response, which may be a tag, a "*", or a "+".  As
described above.

A client MUST be prepared to accept any server response at all times.
This includes server data that it may not have requested.  Server
data SHOULD be recorded, so that the client can reference its
recorded copy rather than sending a command to the server to request
the data.  In the case of certain server data, recording the data is
mandatory.

This topic is discussed in greater detail in the Server Responses
section.

SMRT 0004113
SNI(MSFT) 001692

of a message, and hence the minimum for the starting octet, is octet 1.

The following FETCH items are valid data for PARTIAL: RFC822, RFC822.HEADER, RFC822.TEXT, BODY[section], as well as any .PEEK forms of these.

Any partial fetch that attempts to read beyond the end of the text is truncated as appropriate. If the starting octet is beyond the end of the text, an empty string is returned.

The data are returned with the FETCH response. There is no indication of the range of the partial data in this response. It is not possible to stream multiple PARTIAL commands of the same data item without processing and synchronizing at each step, since streamed commands may be executed out of order.

There is no requirement that partial fetches follow any sequence. For example, if a partial fetch of octets 1 through 10000 breaks in an awkward place for BASE64 decoding, it is permitted to continue with a partial fetch of 9987 through 19987, etc.

The handling of the \Seen flag is the same as in the associated FETCH command.

```
Example:    C: A005 PARTIAL 4 RFC822 1 1024
            S: * 1 FETCH (RFC822 {1024}
            S: Return-Path: <gray@cac.washington.edu>
            S: ...
            S: ......... FLAGS (\Seen))
            S: A005 OK PARTIAL completed
```

6.4.7. STORE Command

   Arguments:  message set
               message data item name
               value for message data item

   Data:       untagged responses: FETCH

   Result:     OK - store completed
               NO - store error: can't store that data
               BAD - command unknown or arguments invalid

      The STORE command alters data associated with a message in the
      mailbox. Normally, STORE will return the updated value of the
      data with an untagged FETCH response. A suffix of ".SILENT" in

Crispin                                                        [Page 33]

SMRT 0004143
SNI(MSFT) 001722

6.4.8.  COPY Command

   Arguments:  message set
               mailbox name

   Data:       no specific data for this command

   Result:     OK - copy completed
               NO - copy error: can't copy those messages or to that
                    name
               BAD - command unknown or arguments invalid

      The COPY command copies the specified message(s) to the specified
      destination mailbox.  The flags and internal date of the
      message(s) SHOULD be preserved in the copy.

      If the destination mailbox does not exist, a server SHOULD return
      an error.  It SHOULD NOT automatically create the mailbox.  Unless
      it is certain that the destination mailbox can not be created, the
      server MUST send the response code "[TRYCREATE]" as the prefix of
      the text of the tagged NO response.  This gives a hint to the
      client that it can attempt a CREATE command and retry the COPY if
      the CREATE is successful.

      If the COPY command is unsuccessful for any reason, server
      implementations MUST restore the destination mailbox to its state
      before the COPY attempt.

   Example:    C: A003 COPY 2:4 MEETING
               S: A003 OK COPY completed


6.4.9.  UID Command

   Arguments:  command name
               command arguments

   Data:       untagged responses: FETCH, SEARCH

   Result:     OK - UID command completed
               NO - UID command error
               BAD - command unknown or arguments invalid

      The UID command has two forms.  In the first form, it takes as its
      arguments a COPY, FETCH, or STORE command with arguments
      appropriate for the associated command.  However, the numbers in
      the message set argument are unique identifiers instead of message
      sequence numbers.


Crispin                                                         [Page 35]

SMRT 0004145
SNI(MSFT) 001724

In the second form, the UID command takes a SEARCH command with SEARCH command arguments. The interpretation of the arguments is the same as with SEARCH; however, the numbers returned in a SEARCH response for a UID SEARCH command are unique identifiers instead of message sequence numbers. For example, the command UID SEARCH 1:100 UID 443:557 returns the unique identifiers corresponding to the intersection of the message sequence number set 1:100 and the UID set 443:557.

A unique identifier of a message is a number, and is guaranteed not to refer to any other message in the mailbox. Unique identifiers are assigned in a strictly ascending fashion for each message added to the mailbox. Unlike message sequence numbers, unique identifiers persist across sessions. This permits a client to resynchronize its state from a previous session with the server (e.g. disconnected or offline access clients); this is discussed further in [IMAP-DISC].

Associated with every mailbox is a unique identifier validity value, which is sent in an UIDVALIDITY response code in an OK untagged response at message selection time. If unique identifiers from an earlier session fail to persist to this session, the unique identifier validity value MUST be greater than in the earlier session.

> Note: An example of a good value to use for the unique identifier validity value would be a 32-bit representation of the creation date/time of the mailbox. It is alright to use a constant such as 1, but only if it guaranteed that unique identifers will never be reused, even in the case of a mailbox being deleted and a new mailbox by the same name created at some future time.

Message set ranges are permitted; however, there is no guarantee that unique identifiers be contiguous. A non-existent unique identifier within a message set range is ignored without any error message generated.

The number after the "*" in an untagged FETCH response is always a message sequence number, not a unique identifier, even for a UID command response. However, server implementations MUST implicitly include the UID message data item as part of any FETCH response caused by a UID command, regardless of whether UID was specified as a message data item to the FETCH.

Crispin                                                       [Page 36]

SMRT 0004146
SNI (MSFT) 001725

RFC 1730                          IMAP4                      December 1994

C.      References

[IMAP-AUTH] Myers, J., "IMAP4 Authentication Mechanism", RFC 1731.
Carnegie-Mellon University, December 1994.

[IMAP-COMPAT] Crispin, M. "IMAP4 Compatibility with IMAP2 and
IMAP2bis", RFC 1732, University of Washington, December 1994.

[IMAP-DISC] Austein, R. "Synchronization Operations for Disconnected
IMAP4 Clients", Work in Progress.

[IMAP-MODEL] Crispin, M. "Distributed Electronic Mail Models in
IMAP4", RFC 1733, University of Washington, December 1994.

[IMAP-NAMING] Crispin, M. "Mailbox Naming Convention in IMAP4", Work
in Progress.

[IMAP2] Crispin, M., "Interactive Mail Access Protocol - Version 2",
RFC 1176, University of Washington, August 1990.

[IMSP] Myers, J. "IMSP -- Internet Message Support Protocol", Work in
Progress.

[MIME-1] Borenstein, N., and Freed, N., "MIME (Multipurpose Internet
Mail Extensions) Part One: Mechanisms for Specifying and Describing
the Format of Internet Message Bodies", RFC 1521, Bellcore, Innosoft,
September 1993.

[MIME-2] Moore, K., "MIME (Multipurpose Internet Mail Extensions)
Part Two: Message Header Extensions for Non-ASCII Text", RFC 1522,
University of Tennessee, September 1993.

[RFC-822] Crocker, D., "Standard for the Format of ARPA Internet Text
Messages", STD 11, RFC 822, University of Delaware, August 1982.

[SMTP] Postel, Jonathan B. "Simple Mail Transfer Protocol", STD 10,
RFC 821, USC/Information Sciences Institute, August 1982.

SMRT 0004180
SNI (MSFT) 001759