IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

--oOo--

VISTO CORPORATION,

    Plaintiff,

vs.                                No. 2:05-CV-546 (DJF)

MICROSOFT CORPORATION,

    Defendant.
_____/

SEAN M. QUINLAN Confidential Attorneys Eyes Only    May 2, 2007

-- TRANSCRIPT IS DESIGNATED AS HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY, PROSECUTION BARRED UNDER THE

PROTECTIVE ORDER --

Videotaped Deposition of

SEAN M. QUINLAN

---

Wednesday, May 2, 2007

SEAN M.   QUINLAN Confidential Attorneys Eyes Only        May 2, 2007

Page 1

1                       APPEARANCES:
2
3      For the Plaintiff VISTO CORPORATION:
4             Shawn G. Hansen
              Manatt, Phelps & Phillips, LLP
5             1001 Page Mill Road, Building 2
              Palo Alto, California 94304
6             (650) 812-1367
7
8      For the Defendant MICROSOFT CORPORATION:
9             Garland Stephens
              Weil, Gotshal & Manges, LLP
10            700 Louisiana, Suite 1600
              Houston, Texas   77002
11            (713) 546-5044
12                -and-
13            A. Campbell Austin
              Weil, Gotshal & Manges, LLP
14            767 Fifth Avenue
              New York, New York 10153-0119
15            (212) 310-8034
16
17     Also present:  Alex Troy, Videographer
18
19
20
21
22
23
24
25

SEAN M.   QUINLAN Confidential Attorneys Eyes Only        May 2, 2007

Page 69

| Time | Line | |
|---|---|---|
| 12:02:35 | 1 | Q. Is there any version information that gets |
| 12:02:38 | 2 | sent back and forth in ConstantSync? |
| 12:02:41 | 3 | MR. HANSEN: Object to form. |
| 12:02:42 | 4 | THE WITNESS: The ConstantSync, the protocol |
| 12:02:52 | 5 | messages that we send back and forth currently for |
| 12:02:55 | 6 | ConstantSync don't include any version time stamps. |
| 12:02:58 | 7 | Q. BY MR. STEPHENS: So there's no situation in |
| 12:03:00 | 8 | which you compare version information from the terminal |
| 12:03:02 | 9 | with version information behind the firewall to determine |
| 12:03:08 | 10 | whether a particular element has changed; is that right? |
| 12:03:10 | 11 | MR. HANSEN: Object to form. |
| 12:03:11 | 12 | THE WITNESS: No. We compare the locally |
| 12:03:19 | 13 | stored version information with -- between the local |
| 12:03:23 | 14 | mapping table and the local data store. |
| 12:03:28 | 15 | Q. BY MR. STEPHENS: Now, is there a situation |
| 12:03:29 | 16 | where you pick between a version that's on a terminal and |
| 12:03:33 | 17 | a version that's behind the firewall and say this is the |
| 12:03:36 | 18 | one that I'm going to propagate to both places? |
| 12:03:38 | 19 | A. No. |
| 12:03:39 | 20 | Q. I'd like to talk for a few minutes about |
| 12:04:04 | 21 | IMAP. Do you know when IMAP first was available? I mean |
| 12:04:11 | 22 | the standards describing the specification or the |
| 12:04:16 | 23 | protocol? Excuse me. Pardon me. I'm stumbling over my |
| 12:04:21 | 24 | own question. |
| 12:04:21 | 25 | A. No, I don't. |

| | | |
|---|---|---|
| 12:04:22 | 1 | Q. It was before 1996, though; right? |
| 12:04:25 | 2 | A. Probably. Probably. I can't recall, but |
| 12:04:27 | 3 | probably. |
| 12:04:28 | 4 | Q. Okay. I have some documents which I'll |
| 12:04:30 | 5 | probably be showing you later -- |
| 12:04:32 | 6 | A. Oh, 1990 -- yeah. Again, before 1996, I |
| 12:04:38 | 7 | never used IMAP so I'm not really sure -- |
| 12:04:41 | 8 | Q. Okay. It's a long time ago. |
| 12:04:43 | 9 | A. Yeah. |
| 12:04:44 | 10 | Q. IMAP supports -- |
| 12:04:47 | 11 | A. I guess it existed in 1996 because I remember |
| 12:04:50 | 12 | using it as soon as I got to Visto. So it must have |
| 12:04:53 | 13 | existed prior to that, but I didn't have any knowledge of |
| 12:04:57 | 14 | it prior to then. |
| 12:04:57 | 15 | Q. Do you remember what time of year in 1996 you |
| 12:05:01 | 16 | first came to Visto? |
| 12:05:02 | 17 | A. November. |
| 12:05:03 | 18 | Q. Okay. So IMAP existed not just as a |
| 12:05:07 | 19 | specification, but as software that you could use by |
| 12:05:10 | 20 | November 1996; right? |
| 12:05:11 | 21 | A. Yes. |
| 12:05:12 | 22 | Q. And IMAP supports the use of multiple clients |
| 12:05:17 | 23 | with a single mailbox; right? |
| 12:05:26 | 24 | A. I believe so. |
| 12:05:27 | 25 | Q. And you can synchronize a local copy of your |

SEAN M.   QUINLAN Confidential Attorneys Eyes Only         May 2, 2007

Page 71

| Time | Line | Text |
|---|---|---|
| 12:05:31 | 1 | mailbox on each client; right? |
| 12:05:35 | 2 | A. I believe that's the case, yes. |
| 12:05:37 | 3 | Q. And it will propagate changes in both |
| 12:05:41 | 4 | directions, right, both from the server to the client and |
| 12:05:44 | 5 | from the client to the server? |
| 12:05:48 | 6 | A. Yes, I believe so. |
| 12:05:50 | 7 | Q. And IMAP worked through firewalls, right, if |
| 12:05:59 | 8 | you configured the firewall correctly? |
| 12:06:02 | 9 | A. Well, I suppose anything would work through a |
| 12:06:06 | 10 | firewall if you configured the firewall correctly. So... |
| 12:06:09 | 11 | Q. Well, and IMAP had a well-known port. |
| 12:06:13 | 12 | A. It does have a well-known port. |
| 12:06:15 | 13 | Q. And did back in 1996; right? |
| 12:06:17 | 14 | A. Yes. |
| 12:06:18 | 15 | Q. Were you aware of efforts to use IMAP over |
| 12:06:21 | 16 | SSL? |
| 12:06:27 | 17 | MR. HANSEN: Object to form. |
| 12:06:28 | 18 | THE WITNESS: As I recall, SSL was somewhat |
| 12:06:32 | 19 | new right about then. I don't know that anyone was using |
| 12:06:38 | 20 | IMAP over SSL in 1996. I don't remember that SSL existed |
| 12:06:47 | 21 | yet, but it may have. |
| 12:06:50 | 22 | Q. BY MR. STEPHENS: SSL was developed by |
| 12:06:51 | 23 | Netscape; is that right? |
| 12:06:52 | 24 | A. Yes. |
| 12:06:52 | 25 | Q. And it stands for secure sockets layer? |

SEAN M.   QUINLAN Confidential Attorneys Eyes Only         May 2, 2007

Page 89

| Time | Line | Text |
|---|---|---|
| 13:46:46 | 1 | yeah. |
| 13:46:46 | 2 | Q. Now, you mentioned scaling up to 100,000 |
| 13:46:50 | 3 | users per server.  That's not something you ever tested; |
| 13:46:54 | 4 | right? |
| 13:46:54 | 5 | A. No. |
| 13:46:54 | 6 | Q. Have you ever tested using 100 MDC servers in |
| 13:46:58 | 7 | a single deployment before? |
| 13:46:59 | 8 | A. I don't think so. |
| 13:47:01 | 9 | Q. Do you think that would be a problem? |
| 13:47:04 | 10 | A. No, I think they could work.  Yeah. |
| 13:47:09 | 11 | Q. But then for each UDP broadcast, 99 of those |
| 13:47:13 | 12 | servers would be ignoring the UDP message and only one |
| 13:47:17 | 13 | would be responding; right? |
| 13:47:19 | 14 | A. Right. |
| 13:47:19 | 15 | Q. It was -- I'm sorry, go ahead. |
| 13:47:21 | 16 | A. I think they're still relatively rare enough |
| 13:47:25 | 17 | that that wouldn't cause a load problem. |
| 13:47:27 | 18 | Q. Okay. |
| 13:48:02 | 19 | (Exhibit 2 marked.) |
| 13:48:04 | 20 | Q. BY MR. STEPHENS: Mr. Quinlan, the court |
| 13:48:05 | 21 | reporter has handed you Exhibit Quinlan 2.  And that is |
| 13:48:10 | 22 | U.S. Patent 6,708,221.  And you're named as an inventor |
| 13:48:15 | 23 | on that patent; right? |
| 13:48:17 | 24 | A. Yes. |
| 13:48:19 | 25 | Q. What was your involvement with this patent? |

SEAN M.   QUINLAN Confidential Attorneys Eyes Only          May 2, 2007

Page 111

| | | |
|---|---|---|
| 14:22:36 | 1 | modification.  This one claim doesn't describe any |
| 14:22:39 | 2 | modification. |
| 14:22:39 | 3 | Q.  Except as construed by the Court where it |
| 14:22:42 | 4 | says that it must be independently modifiable? |
| 14:22:45 | 5 | MR. HANSEN:  Object to form. |
| 14:22:46 | 6 | THE WITNESS:  Well, again, what you read to |
| 14:22:49 | 7 | me from the Court didn't say data that is stored at the |
| 14:22:54 | 8 | NOC that is involved in synchronization must be |
| 14:22:59 | 9 | independently modifiable.  It said the NOC must store |
| 14:23:04 | 10 | independently modifiable data. |
| 14:23:06 | 11 | Q.  BY MR. STEPHENS:  Workspace data, selected |
| 14:23:09 | 12 | portions of workspace data. |
| 14:23:11 | 13 | A.  Right.  It didn't say workspace data that's |
| 14:23:13 | 14 | involved in synchronization. |
| 14:23:15 | 15 | Q.  Okay.  That's why I would ask you to assume |
| 14:23:16 | 16 | that it's the same workspace data that's referred in the |
| 14:23:21 | 17 | claim that's -- |
| 14:23:21 | 18 | A.  Okay.  I don't know whether that's a good |
| 14:23:23 | 19 | assumption or not.  So I can't really draw any conclusion |
| 14:23:26 | 20 | based on it. |
| 14:23:27 | 21 | Q.  Okay. Fair enough. Well, let me ask a |
| 14:23:30 | 22 | different question, then. |
| 14:23:30 | 23 | Could you explain to me how Claim 1 is |
| 14:23:33 | 24 | different from an IMAP server synchronizing with two |
| 14:23:37 | 25 | clients in the same -- |

SEAN M. QUINLAN  Confidential Attorneys Eyes Only          May 2, 2007

Page 112

```
14:23:39   1              MR. HANSEN:  Object.  Form.
14:23:40   2         Q.  BY MR. STEPHENS:  -- in the same mailbox?
14:24:39   3         A.  I'm not sure.
14:24:40   4         Q.  So you can't point to any differences?
14:24:52   5         A.  Presumably the claim is referring to
14:24:54   6    something that's outlined elsewhere in the patent.  Just
14:25:00   7    based on the claim language, it's hard for me to point to
14:25:06   8    a specific difference.
14:25:19   9         Q.  And certainly I would invite you to consider
14:25:23  10    the word "global server" to mean a server accessible from
14:25:27  11    remote locations which stores independently modifiable
14:25:31  12    copies of selected portions of workspace data.
14:25:37  13         A.  Yeah, it's hard for me to say based on the
14:25:59  14    claim language.  I suppose the difference must come from
14:26:03  15    details elsewhere in the patent.
14:26:05  16         Q.  Okay.  Well, let's step through the claim
14:26:08  17    first, and then I'll invite you to take as much as time
14:26:11  18    as you want to look through the patent and see if you can
14:26:14  19    identify anything.
14:26:15  20              But you would agree that workspace data
14:26:18  21    includes email; right?
14:26:19  22         A.  That seems reasonable.
14:26:22  23         Q.  And that IMAP is a method for synchronizing
14:26:27  24    workspace data; right?
14:26:29  25         A.  Well, IMAP is certainly a method for
```

```
14:26:34   1   synchronizing email.
14:26:35   2          Q.  And if email is a type of workspace data --
14:26:45   3          A.  IMAP is certainly a method for synchronizing
14:26:49   4   email, which is a type of workspace data.
14:26:53   5          Q.  All right.  And if you have an IMAP client
14:26:56   6   that stores first workspace data on a first device;
14:26:59   7   right?  If you have an IMAP client on a computer?
14:27:02   8          A.  If I have an IMAP client, it certainly stores
14:27:05   9   email locally on the device, yes.
14:27:07  10          Q.  And if you have a second IMAP client that can
14:27:10  11   function as a second workspace -- excuse me, that can
14:27:15  12   store second workspace data on a second device; right?
14:27:19  13          A.  An IMAP client, yeah, again.
14:27:21  14          Q.  Okay.  And in the process of synchronizing
14:27:26  15   those two devices with the same mailbox on a server, you
14:27:31  16   would determine the differences between first workspace
14:27:34  17   data and second workspace data; right?
14:27:36  18          MR. HANSEN:  Object to form.
14:27:36  19          THE WITNESS:  Yeah, it's -- I mean, IMAP
14:27:55  20   always works as a hub and spoke kind of system where
14:28:01  21   you're synchronizing a local client to a central store
14:28:04  22   and the synchronization with the other client is
14:28:06  23   independent of it.  The fact that I can get my email from
14:28:12  24   one device to another is kind of a side effect of the
14:28:15  25   fact that they're both synchronizing with the central
```

```
14:28:18   1    store.
14:28:21   2                  Whether this middle sentence is implying some
14:28:26   3    mechanism that's trying to relate the two devices
14:28:29   4    together or not, I'm not sure.  But certainly that's not
14:28:33   5    the case in IMAP.  It's a side effect of the system.
14:28:36   6           Q.  Well, and it wasn't the case in the system
14:28:39   7    that Visto was using at the time --
14:28:41   8           A.  Yeah, there wasn't a Visto system of 2000.
14:28:53   9    The identities of the individual devices was not -- or
14:29:00  10    the synchronization of one device with the central store
14:29:03  11    was not heavily correlated with the synchronization of
14:29:06  12    another device with the central store.
14:29:08  13           Q.  In the same way that IMAP works; right?  Each
14:29:11  14    device would separately synchronize with the central
14:29:15  15    server?
14:29:15  16           A.  No, I think it's similar.  Similar.
14:29:17  17           Q.  So to the extent that Visto was practicing
14:29:20  18    Claim 1, then, IMAP worked much the same way?
14:29:24  19                  MR. HANSEN:  Object to form.
14:29:25  20           Q.  BY MR. STEPHENS:  In determining differences
14:29:27  21    between first workspace data and second workspace data?
14:29:32  22           A.  Well, at least the way Visto was
14:29:34  23    synchronizing email at the time was somewhat analogous to
14:29:38  24    the way you might synchronize IMAP data from one client
14:29:41  25    to another.
```

| | | |
|---|---|---|
| 14:29:42 | 1 | Q. And then sending the differences from the |
| 14:29:45 | 2 | global server to the second device, that's also something |
| 14:29:47 | 3 | that IMAP would do in order to bring the second device |
| 14:29:50 | 4 | into synchronization; right? |
| 14:29:52 | 5 | A. Certainly that does happen in IMAP, you |
| 14:29:57 | 6 | sync -- hook up a second device, you synchronize the |
| 14:30:00 | 7 | changes from the IMAP server down to your second device. |
| 14:30:03 | 8 | Q. So unless there's something in some other |
| 14:30:06 | 9 | part of the patent that narrows the language that we see |
| 14:30:09 | 10 | here in Claim 1 to exclude IMAP, it looks like IMAP reads |
| 14:30:13 | 11 | directly on Claim 1; right? |
| 14:30:15 | 12 | MR. HANSEN: Object to form. |
| 14:30:16 | 13 | THE WITNESS: Yeah, I'm not sure. It -- on |
| 14:30:25 | 14 | this reading of Claim 1, it doesn't seem by itself |
| 14:30:31 | 15 | sufficient for me to exclude IMAP from operating in a |
| 14:30:37 | 16 | similar way. |
| 14:30:38 | 17 | Q. BY MR. STEPHENS: Okay. Well, let me invite |
| 14:30:40 | 18 | you now to take a few minutes and look through the |
| 14:30:43 | 19 | patent, and if there's anything you can point me to that |
| 14:30:47 | 20 | is different than IMAP, I'd like for you to do that. We |
| 14:30:51 | 21 | can take a break if you want to do that. Whatever you'd |
| 14:30:54 | 22 | prefer. |
| 14:30:54 | 23 | A. Okay. It could take a while to study it in |
| 14:31:02 | 24 | depth. It is a long document. Yeah, I don't know how we |
| 14:31:23 | 25 | might want to do this. I haven't looked at this patent |

| | | |
|---|---|---|
| 14:31:28 | 1 | in a long time. To try to go through it and try to find |
| 14:31:32 | 2 | a counter argument, I'm not sure. It could take a while. |
| 14:31:36 | 3 | Q. Why don't we start with the figures, and if |
| 14:31:38 | 4 | you look through the figures, if you could point to |
| 14:31:40 | 5 | something, maybe that would short-circuit it. If you get |
| 14:31:44 | 6 | to the figures and feel like you need to read the text, |
| 14:31:48 | 7 | then we can figure out how to approach it at that point. |
| 14:35:26 | 8 | A. Well, just from an initial glance, it appears |
| 14:35:29 | 9 | to me that the system described in the patent includes |
| 14:35:35 | 10 | some elements that aren't normally present in an IMAP |
| 14:35:39 | 11 | system, especially the global translator. |
| 14:35:48 | 12 | Some other elements may be -- various applets |
| 14:36:04 | 13 | for presumably downloading a -- I'm guessing that's for |
| 14:36:11 | 14 | downloading extra capabilities to a remote device. And, |
| 14:36:21 | 15 | of course, the application to other data sources aside |
| 14:36:28 | 16 | from email. |
| 14:36:57 | 17 | I'd need more time to review to see what kind |
| 14:37:00 | 18 | of synchronization algorithm is implied by the patent. I |
| 14:37:08 | 19 | can't quite tell just by looking at the diagrams. But |
| 14:37:14 | 20 | the global translator does remind me that the system that |
| 14:37:19 | 21 | we were trying to build also included bridging different |
| 14:37:27 | 22 | inhomogeneous systems, different data stores. |
| 14:37:33 | 23 | So that would be at least one aspect off the |
| 14:37:38 | 24 | top of my head I can think of that makes it a little bit |
| 14:37:40 | 25 | different than the IMAP use case. |

SEAN M.   QUINLAN Confidential Attorneys Eyes Only        May 2, 2007

Page 117

| Time | Line | |
|---|---|---|
| 14:37:43 | 1 | Q.  But none of those things you mentioned are |
| 14:37:45 | 2 | described in the claim that we looked at; is that right? |
| 14:37:49 | 3 | A.  Claim No. 1 doesn't seem to touch on those. |
| 14:37:52 | 4 | Q.  Just to talk about the translation function |
| 14:37:55 | 5 | for a moment, that is something that occurs in normal |
| 14:37:58 | 6 | email systems; is that right? |
| 14:38:00 | 7 | So, for example, a normal email system might |
| 14:38:03 | 8 | well translate between SMTP and IMAP or SMTP and POP or |
| 14:38:09 | 9 | X400 and SMTP? |
| 14:38:11 | 10 | MR. HANSEN:  Object the form. |
| 14:38:12 | 11 | THE WITNESS:  Well, an email system could |
| 14:38:17 | 12 | make such translations, yes. |
| 14:38:18 | 13 | Q.  BY MR. STEPHENS:  And those kinds of email |
| 14:38:20 | 14 | systems and gateways were around before Visto was ever |
| 14:38:24 | 15 | formed; right? |
| 14:38:24 | 16 | MR. HANSEN:  Object to form. |
| 14:38:25 | 17 | THE WITNESS:  Well, when IMAP makes the |
| 14:38:30 | 18 | translation from SMTP to its own IMAP format, for one |
| 14:38:43 | 19 | thing, it can cough up the mail in the original format |
| 14:38:48 | 20 | because there's a sort of canonical email format defined |
| 14:38:52 | 21 | by SMTP or -- well, RFCA 22. |
| 14:39:05 | 22 | And I don't know of a case where you would |
| 14:39:08 | 23 | plug in additional translation modules into an IMAP |
| 14:39:12 | 24 | server for, you know, all different kinds of data types. |
| 14:39:17 | 25 | Q.  BY MR. STEPHENS:  Okay.  Well, but |

SEAN M. QUINLAN Confidential Attorneys Eyes Only         May 2, 2007

Page 179

| Time | Line | |
|---|---|---|
| 16:57:33 | 1 | MR. HANSEN: Object to form. |
| 16:57:34 | 2 | THE WITNESS: I'm not aware that Visto |
| 16:57:40 | 3 | invented the concept of synchronization. |
| 16:57:43 | 4 | Q. BY MR. STEPHENS: And Visto also did not |
| 16:57:44 | 5 | invent the concept of synchronizing email; right? |
| 16:57:48 | 6 | MR. HANSEN: Object to form. |
| 16:57:49 | 7 | THE WITNESS: I'm not aware that we invented |
| 16:58:02 | 8 | the concept of synchronization of email. |
| 16:58:05 | 9 | Q. BY MR. STEPHENS: And Visto also was not the |
| 16:58:07 | 10 | first to allow people using Smartphones to receive email |
| 16:58:11 | 11 | on their Smartphone; right? |
| 16:58:26 | 12 | A. I believe it's possible that other vendors |
| 16:58:29 | 13 | beat us to the market of delivering email to Smartphones. |
| 16:58:33 | 14 | I'm not certain of the exact order. |
| 16:58:35 | 15 | Q. Have you heard of a Nokia phone that allowed |
| 16:58:38 | 16 | you to retrieve email using IMAP in 1996? |
| 16:58:55 | 17 | A. No, I'm not aware of that phone, not that I |
| 16:58:58 | 18 | recall. |
| 16:58:58 | 19 | Q. You would agree, though, that such a phone |
| 16:59:01 | 20 | would perform email synchronization? |
| 16:59:02 | 21 | MR. HANSEN: Object to form. |
| 16:59:10 | 22 | THE WITNESS: The IMAP protocol includes |
| 16:59:14 | 23 | email synchronization. |
| 16:59:15 | 24 | Q. BY MR. STEPHENS: So if a Nokia phone |
| 16:59:17 | 25 | supported IMAP in 1996, that phone would support email |

SEAN M.   QUINLAN Confidential Attorneys Eyes Only          May 2, 2007

Page 180

| Time | Line | Text |
|---|---|---|
| 16:59:21 | 1 | synchronization, right, assuming that it fully supported |
| 16:59:24 | 2 | the IMAP protocol? |
| 16:59:29 | 3 | A.  Yeah, I'm not certain what part of the |
| 16:59:33 | 4 | protocol it supported, but I would have to guess that if |
| 16:59:38 | 5 | it was a fully functioning IMAP client, that that would |
| 16:59:42 | 6 | be email synchronization. |
| 16:59:46 | 7 | Q.  Do you have any reason to believe that there |
| 16:59:51 | 8 | were no such phones before Visto came up with its |
| 16:59:54 | 9 | inventions? |
| 16:59:55 | 10 | MR. HANSEN:  Object to form. |
| 16:59:56 | 11 | THE WITNESS:  Oh, I don't -- I don't know. |
| 17:00:00 | 12 | Q.  BY MR. STEPHENS:  Okay.  Did Visto invent |
| 17:00:06 | 13 | synchronization through a firewall? |
| 17:00:08 | 14 | MR. HANSEN:  Object to form. |
| 17:00:27 | 15 | THE WITNESS:  I don't know. |
| 17:00:28 | 16 | Q.  BY MR. STEPHENS:  Is there anything special |
| 17:00:30 | 17 | about Visto's technology that makes it especially |
| 17:00:35 | 18 | suitable for use with phones as opposed to hand-held pin |
| 17:00:39 | 19 | devices that don't include telephone capabilities? |
| 17:01:00 | 20 | A.  A solution could be made to work with devices |
| 17:01:03 | 21 | that don't have telephony. |
| 17:01:06 | 22 | Q.  And it works just as well; right? |
| 17:01:09 | 23 | A.  There are differences, but they can be made |
| 17:01:14 | 24 | to work. |
| 17:01:15 | 25 | Q.  What differences are there? |