NOTE FOR VISTO V. MICROSOFT SUMMARY JUDGMENT EXHIBIT: NON-CITED PAGES ARE NOT INCLUDED.
FULL DOCUMENT AVAILABLE AT HTTP://EDU.IETF.ORG/NODE/VIEW/68

# IETF Structure and Internet Standards Process

*Scott Bradner*
*68th IETF*
Prague, Czech Republic

IETF

# The IETF

Internet Engineering Task Force

formed in 1986

- evolved out of ARPA's Internet Configuration Control Board (ICCB) (1979) and Internet Activities Board (1983)

was not considered important for a long time – good!!

not government approved – great!!

people not companies

*"We reject kings, presidents and voting. We believe in rough consensus and running code"*

Dave Clark (1992)

I E T F

# IETF Overview

- Internet standards R us
- does not exist (in a legal sense), no members, no voting
- 1K to 2K people at 3/year meetings
  - many more on mail lists
- 121ish working groups (where the stuff happens)
- 8 areas (for organizational convenience) with ADs
  - APS, GEN, INT, O&M, RAI, RTG, SEC, TSV
- IESG: management (ADs + IETF Chair)
- IAB: architectural guidance & liaisons
- produces standards and other documents

IETF

# IETF "Standards"

- IETF standards: not standards "because we say so"
  - standards only when people use them
  - formal SDOs can create legally mandated standards
- no formal recognition for IETF standards
  - by governments or "approved" standards organization
  - lack of formal government input "a problem"
    - at least to some governments
- no submitting to "traditional" bodies
  - some keep trying to "help"

IETF

# The Role & Scope of the IETF

- "above the wire and below the application"
  - IP, TCP, email, routing, IPsec, HTTP, FTP, ssh, LDAP, SIP, mobile IP, ppp, RADIUS, Kerberos, secure email, streaming video & audio, ...
- but wires are getting fuzzy
  - MPLS, GMPLS, pwe3, VPN, ...
- generally hard to clearly define IETF scope
  - constant exploration of edges



I E T F

# Standards Procedure

- generally Birds of a Feather (BOF) first
- most work done in a Working Group
  - proposals published as Internet Drafts
- proposal reviewed by AD
  - can be sent back to working group
- IETF Last-Call (4-week if no Working Group)
- IESG review
  - last call comments + own technical review
  - can be sent back to working group
- publication as RFC

IETF





# IETF Documents

- all IETF documents are open
  - i.e., anyone can download and copy
- Internet Draft
  - IETF working documents
  - some I-Ds are working group documents
- RFC
  - archival publications (never changed once published)
  - different types: (not all RFCs are standards!)



# IETF Working Documents

- Internet-Draft
  - random or non-random thoughts
  - input to the process
  - no admissions control other than boilerplate (see IPR)
  - removed from *IETF* directory after 6 months
    - but many mirrors exist
  - all RFCs must pre-exist as IDs
    - to deal with IPR handoff
    - (other than IANA or RFC Editor created ones)

IETF

# What is a RFC?

- RFC used to stand for Request for Comments
  - now just a (brand) name
  - now tend to be more formal documents than early RFCs
- IETF document publication series
- RFC 1 *Host Software* - Apr 7 1969
- now over 4400 RFCs
- not all RFCs are standards!
  - see RFC 1796
  - though some vendors imply otherwise
- many types of RFCs

I E T F

# RFC Repository Contains:

- standards track
  - OSPF, IPv6, IPsec ...
- obsolete Standards
  - RIPv1
- requirements
  - Host Requirements
- policies
  - Classless InterDomain Routing
- april fool's day jokes
  - IP on Avian Carriers ...
    - ... updated for QoS
- poetry
  - 'Twas the night before startup
- white papers
  - On packet switches with infinite storage
- corporate documentation
  - Ascend multilink protocol (mp+)
- experimental history
  - Netblt
- process documents
  - IETF Standards Process

I E T F

# RFC Editor

- IETF publication arm
- rfc-editor@rfc-editor.org
- funded by the Internet Society
- semi-independent
  - gets requests to publish IETF IDs from IESG
  - also gets requests to publish independent IDs for informational or experimental RFCs
  - asks IESG for advice on publishing independent RFCs
  - but can exercise own discretion
  - presumption is to publish technically competent IDs
  - which sometimes is a conflict with IESG
- IETF reviewing RFC Editor role

IETF

# Standards Track RFCs:

- Best Current Practices (BCP)
  - policies or procedures (best way we know how)
- 3-stage standards track (currently under review)
  - Proposed Standard (PS)
    - good idea, no known problems
  - Draft Standard (DS)
    - PS + stable
    - multiple interoperable implementations
    - note: interoperability not conformance
  - Internet Standard (STD)
    - DS + wide use

IETF

# Other RFC Types

- Informational
- Experimental
- Historical

IETF

# Appeals Process

- IETF decisions can be appealed
  - start level above decision being appealed
    - 1st to the WG chair(s)
    - only then to the Area Director
    - only then to the IESG
    - only then to the IAB
  - if claim is that the process has not been followed, only then an appeal can be made to the ISOC Board
- it is OK to appeal decisions – people do
  - but appeals are not quick
  - starting "low" is the right thing to do

IETF