**Subject:** MAJOR new alpha release of imap-4 toolkit
**From:** Mark Crispin <MRC@CAC.Washington.EDU>
**Date:** Thu, 12 Oct 1995 19:48:55 -0700 (PDT)
**To:** IMAP Interest List <IMAP@CAC.Washington.EDU>, c-client Interest List <c-client@CAC.Washington.EDU>

ftp://ftp.cac.washington.edu/mail/imap-4.ALPHA.tar.Z has many changes and bugfixes.  Included is a first glimpse of the new mbx driver, an as-yet incomplete driver based upon tenex format, but with sticky UIDs, more expansion flags, and automatic keywords (this last isn't there yet).

It is also the first alpha release of the Windows NT port, hot off my fingers. c-client, imapd, ipop2d, and ipop3d all build for NT.  Supported local file drivers on NT exist for Unix mbox, tenex, and mtx (tenex with CRLF newlines) formats.  If you want to try the NT code, you should also get my NT Internet listener program from ftp://ftp.cac.washington.edu/mail/nt/inetlisn.tar so you can have then listening as servers.

As usual, this is alpha test code, hot off my fingers, so expect to find bugs.