IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Visto Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 2:05-CV-546 (DF) |
| | § | |
| Microsoft Corporation | § | **JURY DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT MICROSOFT CORPORATION'S
AGREED MOTION FOR EXTENSION OF MEDIATION DEADLINE**

COMES NOW, Defendant seeking the Court's permission for an extension of time for the Parties to conduct Mediation from July 31, 2007 to September 14, 2007.

This modification is not being sought for the purpose of delay, but only to give the Parties additional time to prepare for the Mediation. Counsel for Plaintiff Visto Corporation have agreed to this motion.

WHEREFORE, Defendant respectfully pray that the Court grant this Motion and permits the extension of time for the Parties to conduct Mediation from July 31, 2007 to September 14 2007.

DATED: July 27, 2007          By: /s/David J. Healey

                                              David Healey (Attorney-in-Charge)
State Bar No. 09327980
Garland T. Stephens Texas State Bar No. 24053910
Zachariah S. Harrington Texas State Bar No. 24057886
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1600
Houston, TX 77002

Telephone: 713-546-5000
Fax: 713-224-9511
david.healey@weil.com
garland.stephens@weil.com
Zachariah.harrington@weil.com

Matthew J. Antonelli (pro hac vice)
Paul E. Torchia (pro hac vice)
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Fax: 212-310-8007
matthew.antonelli@weil.com
paul.torchia@weil.com

Michael Jones
POTTER MINTON P.C.
110 North College, 500 Plaza Tower
Tyler, Texas 75702
Telephone: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

G. William Lavender
LAVENDER LAW
210 N. State Line Ave. Suite 503
Texarkana, AR 71854
Telephone: 870-773-3187
Fax: 870-773-3181
blav@lavenderlaw.com

**COUNSEL FOR MICROSOFT CORPORATION**

### CERTIFICATE OF CONFERENCE

Counsel for Defendant Microsoft Corporation has discussed the above Motion with Counsel for Plaintiff Visto Corporation on July 26, 2007 and Plaintiffs' counsel has indicated they are in agreement with this Motion.

  /s/ David Healey

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of July, 2007. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    /s/ Sean Mills