**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VISTO CORPORATION,<br><br>     Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant. | **Civil Action No. 2:05-CV-546 (DJF)**<br><br>JURY DEMANDED |

**IDENTIFICATION OF PRIOR ART PURSUANT TO 35 U.S.C. § 282**
**By Defendant Microsoft Corporation Pursuant to Fed. R. Civ. P. 26(a)(3)**

Pursuant to 35 U.S.C. § 282, defendant Microsoft Corporation hereby submit this

identification of prior art to be relied upon for anticipation and/or obviousness of the patents-in-

suit, and/or to show the state of the art.  Defendants reserve the right to supplement this

statement as appropriate.

**I.  Printed Publications**

- Nokia 9000 Communicator User's Manual, p1-1, 7-1, 7-2, p7-4, p7-8, p7-13, p7-14, p7-15, p10-2, p10-5, p10-6, 1995

- Bob Emmerson, New Mobile Communicators, BYTE Magazine, June 1996

- Nokia Unveils World's First All-In-One Communicator for the Americas, NOK000419-NOK000420, September 19, 1996

- Matt Wall, IMAP4 support on a phone, March 20, 1996

- Terry Grey et al., IMAP and SSL, IMAP mailing list archives Oct. 25, 1996, Oct. 28, 1996, Oct. 30, 1996

- SSL 2.0 Protocol Spec., Feb. 9, 1995

- The Firewall Dillemma:  Too Few Locks, Too Many Doors, BYTE Magazine, August 1996

- Vinton Cerf, A Road Map to Better Bandwidth, BYTE Magazine, June 1996

- Bill Roberts, Groupwar Strategies, BYTE Magazine, July 1996

- Mark Crispin, Internet Message Access Protocol – Version 4, RFC1733, pp9, 11, 36, 45, Dec. 1994

- Mark Crispin, Distributed Electronic Mail Models in IMAP4, RFC1733, pp1-2, Dec. 1994

- Rob Austein, Synchronization Operations for Disconnected IMAP4 Clients, ietf-imap-disc-01, p2-6, Nov. 1994

- Parker et at, "Detection of Mutual Inconsistency in Distributed Systems", IEEE Transactions on Software Engineering, May 1983

- The Domino Defense: Security in Lotus Notes and the Internet. InterNotes Web Publisher Guide, Lotus InterNotes 4.

- Network Computing for IT by IT (part of the TechWeb Business Technology Network)

- Iellimo; Seybold Report on Desktop Publishing, Vol. 9, No. 5 (1996) Seybold Publications

- SkyTel and Compuserve team to provide wireless messaging services in countries worldwide; SkyTel adds to e-mail connectivity options it provides for business markets, Business Wire, May 1, 1995

- Wikipedia: Internet Protocol Suite

- Lotus Notes Rel. 3.1 Site and Systems Planning Guide.

- Dahl, Andrew, Lotus Notes 4 Administrator's Survival Guide, 1996 Sam's Publishing.

- Notes 4.0 Network Configuration Guide

- "The Architecture of Lotus Notes" IBM White Paper, Number 114654", Lotus Development Corporation,  Lotus Notes Advisor 10/12/1994

- Expert Report of Robert Balaban Regarding Invalidity of U.S. Patent Nos. 5,968,131; 6,023,708 and 6,708,221", 5/5/2005

- Deposition of Steven Beckhardt, 6/8/2005

- Firewalls and Internet Security, Repelling the Wily Hacker, Bellovin, S.; Cheswick, W., Addison Wesley Professional, 1994

- The Remark! Advantage - Big Sky Technologies, Big Sky Technologies, 2004

- "Mastering Lotus Notes" Kevin Brown, Kenyon Brown, Kyle Brown, The Official Guides to Lotus Software, SYBEX, Inc., 1995

- "cc:Mail Automatic Directory Exchange Manual" Lotus Development Corporation, Lotus CC: Mail Administrator's Guide, 1994

- Lotus cc: Mail for the World Wide Web Release 1 Administrator's Guide, Lotus Development Corporation 1995

- "cc: Mail Router Release Notes" Lotus Development Corporation, cc: Mail Router Release Notes, 1994

- Building Internet Firewalls, Chapman, D. Brent; Zwicky, Elizabeth D., O'Reilly & Associates, Inc., 1995

- Playing with firewalls, Colella, Vin, 3/10/1997

- Overhauling Rdist for the '90s, Cooper, Michael A., 6/23/1992

- River Mosaic: E-mail Communication for a Full-Function Web Browser, deLespinasse, Alan F., Mass. Institute of Tech., Master's Thesis, June 1995

- "The Bayou Architecture: Support for Data Sharing among Mobile Users", A. Demers, K. Petersen, M. Spreitzer, D. Terry, M. Theimer, and B. Welch, IEEE Workshop on Mobile Computing Systems and Applications, 8/1994

- Expert Report of Dr. Benjamin Goldberg, 5/5/2005

- Supplemental Expert Report of Timothy Halvorsen Regarding Invalidity of US Patent No. 6,085,192, 2/13/2006

- "Getting in Front of Lotus Notes Replication" Mark D. Hansen, James O. La Follette,, Business Communications Review, 5/1995

- Lotus cc: Mail a Network Administrator's Guide -  from www. gssnet.com (excerpts), Herardian; R., 1996

- Wireless Data Network Infrastructure at Carnegie Mellon University, IEEE Personal Communication, 3(1), February 1996

- "The  History of Notes and Domino", developerWor ks Lotus, Web team, IBM Developer Works Lotus 12/20/2005

- How Not to Save Cached Internet Files with Roaming User Profiles
  http://support.microsoft.com/kb/ql18525 5 12/05/2003

- PDA's the Next Generation – Network World, Iellimo; A. 3/11/1995

- In the Middle: Copying to the Portable -- Network Computing for IT by IT from TechWeb, Robertson; B. 2005

- Rover: A Toolkit for Mobile Information Access, Joseph, Anthony D; deLespinasse, Alan F.; Tauber, Joshua A.; Gifford, David K.; Kaashoek, M. Frans Dec. 1995

- Dynamic Documents: Mobile Wireless Access to the WWW, Kaashoek, M. Frans; Pinckney, Tom; Tauber, Joshua A. Proceedings of the IEEE Workshop on Mobile Computing Systems and Applications Dec. 1994

- Disconnected Operation in the Coda File System Kistler, James J. ; Satyanarayanan, M. ACM Transactions on Computer Systems, Vol. 10, No. 1, February 1992, Pages 3-25. 1992

- PCMAIL: A Distributed Mail System for Personal Computers, Lambert, M. RFC 1056 June 1998

- "How to Plan, Develop, and Implement Lotus Notes in Your Organization" Falkner , Mike, How to Plan, Develop, and Implement Lotus Notes in Your Organization 1996

- "Administrator's Guide Release 3.1 Server" Lotus Development Corporation

- "Lotus Notes 3.1 Server Packaging"

- Lotus Notes 4 Release the Power of People Working Together Administrator's Guide, Lotus Development Corporation 1995

- Lotus Notes 4 Release Application Developer's Guide, Lotus Development Corporation 1995

- Lotus Notes 4 Release the Power of People Working Together Deployment Guide, Lotus Development Corporation 1995

- Lotus InterNotes 4 Release Web Publisher, The best way to create and manage an enterprise Web site, Lotus Development Corporation 1995

- Lotus Notes 4 Release, The Power of People Working Together, Database Manager's Guide, Lotus Development Corporation, Lotus Notes 4 Database Manager's Guide, 1995

- "Lotus Notes Internet Cookbook for Notes Release 3" Barbara Mathers, Dave Newbold, Lotus Development Corporation 1/16/1996

- Lotus Notes Internet Cookbook for Notes Release 4

- Lotus Notes Network Design, Lamb, John P.; Lew, Peter W., 1996

- Tunnelling SSL Through a WWW Proxy – INTERNETDRAFT, 12/14/1995

- Motorola Rings in 1995 with the Launch of the Marco Wireless Communicator, 1/4/1995

- Exploiting Weak Connectivity for Mobile File Access, Mummert, Lily B. ; Ebling, Maria R. ; Satyanarayan an, M. ACM SIGOPS'95, December 1995, 1995

- Netscape Mail Server 2.0 Administrator's Guide, Netscape Communications Corporation, 1995

- Netscape Mail Server 2.0 Installation Guide for Windows NT, Netscape Communications Corporation, 1995

- Netscape Mail Server 2.0 User's Guide, Netscape Communications Corporation, 1995

- "Netscape News Server – Installation and Reference Guide" Netscape Communications Corporation, 1995

- "Notes on Notes Users", Laurie Flynn, New York Times on the Web, 6/12/1995

- Simonizing the PDA – Byte.com, O'Malley; C., 1994

- Palm Pilot Handbook, 3Com Corporation 1997

- "Pull- Push Replication" IBM Technote Number: 111310, IBM Technote, 10/19/1994

- rdistd – remote file distribution server program – rdistd man(ual) page dated June 21, 1992 as distributed with Slackware 3.0, 06/21/1992

- rdist – remote file distribution program - rdist man(ual) page dated March 14, 1994 as distributed with Slackware 3.0, 3/14/1994

- Rumor User's Manual, Version 0.1Reiher, Peter 06/1996

- Remark! MultimediaClient – Big Sky Technologies

- comp.security.unix usenet thread starting with post from Ade Rixon on Jul 17, 1995 regarding Secure file transfer ala rdist, Rixon, Ade comp.security.unix 07/17/1995

- Rsync manual, 03/07/1996

- Coda: A Highly Available File System for a Distributed Workstation Environment, Mahadev Satyanarayanan IEEE TRANSACTIONS ON COMPUTERS. VOL. 39. NO. 4. APRIL 1990 04/1990

- Integrating Security in a Large Distributed System, Satyanarayanan , M. ACM Transactions on Computer Systems, Vol. 7, No. 3, August 1989, Pages 247-280, 1989

- "Scalable, Secure, and Highly Available Distributed File Access", Satyanarayanan 1990 Mahadev Satyanarayanan IEEE Computer 05/1990

- Accessing Information on Demand at any Location Mobile Information Access Satyanarayanan 1996 Satyanarayanan, Mahadev IEEE Personal Communications, February 1996 02/1996

- Re: telnet/internet and… 9k to 3k, Schubert, Eric comp.sys.hp.mpe Newsgroup Post 06/30/1995

- "Smart Computing Encyclopedia Entry – Lotus Notes"Smart Computing Encyclopedia http://www.smartcomputing.com

- SSH – secure shell client (remote login program) 06/29/1995

- ssh man(ual) page dated June 29, 1995

- sshd man(ual) page dated June 29, 1995

- Towards a Quality of Service Model for Replicated Data Access Terry, Douglas B. IEEE Comput. Soc. Press 06/1995

- "Managing Update Conflicts in Bayou, a Weakly Connected replicated Storage System", B. Terry, M. Theimber, K. Petersen, A, Demers, M. Spreitzer, C. Hauser. SIGOPS '95 12/1995

- Session Guarantees for Weakly Consistent Replicated Data, Terry, Douglas B.; Demers, Alan J.; Petersen, Karin; Spreitzer, Mike J.; Theimer, Marvin M.; Welch, Brent B. Proceedings International Conference on Parallel and Distributed Information Systems (PDIS) 09/1994

- Cashal's Replic-Action: Delivering True Notes/DBMS Integration, Wong, Harry The View Vol. 2, Issue 1, January/February 1996, 1996

- A Jump Start to the Top Ten R3-to-R4 Migration Considerations, Pyle, Lisa The View Vol. 1, Issue 5, November/December 1995, 1995

- Creating and Managing a Web Site with Lotus' InterNotes Web Publisher, Grous, Paul J. The View Vol. 1, Issue 4, September/October 1995, 1995

- T Dealing with Tentative Data Values in Disconnected Work Groups, Theimer, Marvin; Demers, Alan; Petersen, Karin; Spreitzer, Mike; Terry, Douglas; Welch, Brent

- Re: AFS Distributed FileSystem FAQ (1/2), Theisen, Tim uwisc.general Newsgroup Post 07/25/1994

- Mobile Data -- Information Is in the Air! – Mercury Communications, Thomas; G. June 1994

- comp.os.linux.announce usenet announcement, announcing the release of rsync Version 1.5, Tridgell, Andrew comp.os.linux.announce usenet announcement, announcing the release of rsync Version 1.5 07/04/1996

- comp.os.linux.announce usenet announcement, announcing the release of rsync Version 1.0 Tridgell, Andrew comp.os.linux.announce usenet announcement, announcing the release  of rsync Version 1.0 06/19/1996

- Turning the Web Into a Computer, WebFS: A Global Cache Coherent File System, Vahdat, Amin M.; Eastham, Paul C.; Anderson, Thomas A.  Vahdat, Amin; Dahlin, Michael; Anderson, Thomas UC Berkeley Computer Science Division 05/1996

- Virtual Voice's Back Door - New Telephony Review, 11/17/1996

- The LOCUS Distributed Operating System, Walker, Bruce; Popek, Gerald; English, Robert; Kline, Charles; Thiel, Greg ACM Symposium on Operating Systems Principles Proceedings 1983

- MacWorld Features New Products, Seybold Report on Desktop Publishing, Vol. 9, No. 5 1995

- (Secure Shell) Remote Login Program, Ylonen, Tatu comp.security.unix Usenet group 07/12/1995

- SOFTWARE: HHTPtool 1.1, a file transfer utility over HTTP using PUT and GET, Newsgroups, Glazman, Daniel comp.infosystems.www.announce 05/05/1997

- Turning the Web Into a Computer, NOW Retreat, Vahdat, Amin; Dahlin, Michael; Anderson, Thomas 06/06/1996


II.    **Prior Art Patents**


- USP 5,958,007 Lee, Chong C., Neal, Charles E. Issued 09/28/1999

- USP 4,652,698, Hale, William J., et al., Issued March 24, 1987

- USP 4,714,995, Materna, Anthony T., et al., Issued December 22, 1987

- USP 4,882,752, Lindman, Richard S., et al., Issued November 21, 1989

- USP 4,897,781, Chang, Albert, et al., Issued January 30, 1990

- USP 4,916,738, Chandra, Akhileshwari N., et al., Issued April 10, 1990

- USP 5,048,085, Abraham, Dennis G., et al., Issued September 10, 1991

- USP 5,150,407, Chan, Steve S. C., Issued September 22, 1992

- USP 5,220,603, Parker, Thomas A., Issued June 15, 1993

- USP 5,265,159, Kung, Kenneth C., Issued November 23, 1993

- USP 5,333,266, Boaz, Wade, et al., Issued July 26, 1994

- USP 5,373,559: WITHDRAWN

- USP 5,388,255, Bogdan, Pytlik, et al., Issued February 7, 1995

- USP 5,657,390, Elgamal, Taher, et al., Issued August 12, 1997

- USP 5,420,927, Micali, Silvio, Issued May 30, 1995

- USP 5,425,102, Moy, Michael E., Issued June 13, 1995

- USP 5,434,918, Kung, Kenneth C., et al., Issued July 18, 1995

- USP 5,483,596, Rosenow, Peter D., et al., Issued January 9, 1996

- USP 5,491,752, Kaufman, Charles W., et al., Issued February 13, 1996

- USP 5,495,533, Linehan, Mark H., et al., Issued February 27, 1996

- USP 5,510,777, Pile, Randolph J., et al., Issued April 23, 1996

- USP 5,544,320, Konrad, Allan M., Issued August 6, 1996

- USP 5,544,322, Cheng, Pau-Chen, et al., Issued August 6, 1996

- USP 5,572,643, Judson, David H., Issued November 5, 1996

- USP 5,588,132, Cardoza, Wayne M., Issued December 24, 1996

- USP 5,604,788, Tett, Richard J., Issued February 18, 1997

- USP 5,623,601, Vu, Hung T., Issued April 22, 1997

- USP 5,627,997, Pearson, Malcolm E., et al., Issued May 6, 1997

- USP 5,632,011, Landfield, Kent B., et al., Issued May 20, 1997

- USP 5,634,053, Noble, William B., et al., Issued May 27, 1997

- USP 5,644,354, Thompson, John R., et al., Issued July 1, 1997

- USP 5,647,002, Brunson, Gordon Richards, Issued July 8, 1997

- USP 5,652,884, Palevich, Jack H., Issued July 29, 1997

- USP 5,657,390, Elgamal, Taher, et al., Issued August 12, 1997

- USP 5,664,207, Crumpler, Dennis M., et al., Issued September 2, 1997

- USP 5,666,530, Clark, Ted H., et al., Issued September 9, 1997

- USP 5,675,782, Montague, David S., et al., Issued October 7, 1997

- USP 5,678,039, Hinks, Paul, et al., Issued October 14, 1997

- USP 5,680,542, Mulchandani, Deepak, et al., Issued October 21, 1997

- USP 5,682,478, Watson, Colin, et al., Issued October 28, 1997

- USP 5,684,951, Goldman, Jonathan, et al., Issued November 4, 1997

- USP 5,684,984, Jones, Anne, et al., Issued November 4, 1997

- USP 5,687,322, Deaton, David W., et al., Issued November 11, 1997

- USP 5,701,400, Amado, Carlos Armando, Issued December 23, 1997

- USP 5,706,427, Tabuki, Takaaki, Issued January 6, 1998

- USP 5,710,922, Alley, Peter E., et al., Issued January 20, 1998

- USP 5,713,019, Keaten, Timothy M., Issued January 27, 1998

- USP 5,717,925, Harper, Lloyd, et al., Issued February 10, 1998

- USP 5,721,779, Funk, Paul, Issued February 24, 1998

- USP 5,729,735, Meyering, Samuel C., Issued March 17, 1998

- USP 5,742,668, Pepe, David Mathew, et al., Issued April 21, 1998

- USP 5,752,059, Holleran, Patrick A., et al., Issued May 12, 1998

- USP 5,752,246, Beacon, Michael Rogers, Richard, et al., Issued May 12, 1998

- USP 5,754,830, Butts, Thomas H., et al., Issued May 19,1998

- USP 5,758,150, Bell, Leroy Dennis, et al., Issued May 26, 1998

- USP 5,758,354, Huang, Chu-Yi, et al., Issued May 26, 1998

- USP 5,758,355, Buchanan, David D., Issued May 26, 1998

- USP 5,764,902, Rothrock, Lewis V., Issued June 9, 1998

- USP 5,765,171, Gehani, Narian H., et al., Issued June 9, 1998

- USP 5,768,510, Gish, Sheri L., Issued June 16, 1998

- USP 5,784,463, Chen, James F., et al., Issued July 21, 1998

- USP 5,784,464, Akiyama, Ryota, et al., Issued July 21, 1998

- USP 5,787,172, Arnold, Terry Sutton, Issued July 28, 1998

- USP 5,790,974, Tognazzini, Bruce, Issued August 4, 1998

- USP 5,794,252, Bailey, Bruce W., et al., Issued August 11, 1998

- USP 5,799,086, Sudia, Frank Wells, Issued August 25, 1998

- USP 5,802,530, Van Hoff, Arthur A., Issued September 1, 1998

- USP 5,812,398, Nielsen, Jakob, Issued September 22, 1998

- USP 5,812,668, Weber, Jay C., Issued September 22, 1998

- USP 5,812,773, Norin, Scott, Issued September 22, 1998

- USP 5,815,683, Volger, Joe E., Issued September 29, 1998

- USP 5,818,935, Maa, Chia-Yiu, Issued October 6, 1998

- USP 5,825,840, Anagnostopoulos, Constantine N., Issued October b20, 1998

- USP 5,832,483, Barker, Kent D., Issued November 3, 1998

- USP 5,835,087, Hertz, Frederick S.M., et al., Issued November 10, 1998

- USP 5,835,601, Shimbo, Atsushi, et al., Issued November 10, 1998

- USP 5,845,282, Alley, Peter E., et al., Issued December 1, 1998

- USP 5,862,346, Kley, Victor B., et al., Issued January 19, 1999

- USP 5,870,544, Curtis, Bryce Allen, Issued February 9, 1999

- USP 5,870,759, Bauer, Jonathan A., et al., Issued February 9, 1999

- USP 5,870,765, Bauer, Jonathan A., et al., Issued February 9, 1999

- USP 5,878,230, Weber, Owen, et al., Issued March 2, 1999

- USP 5,909,689, Van Ryzin, John M., Issued June 1, 1999

- USP 5,924,103, Ahmed, Rafi, et al., Issued June 13, 1999

- USP 5,928,329, Clark, Ted H., et al., Issued July 27, 1999

- USP 5,943,676, Boothby, David J., Issued August 24, 1999

- USP 5,951,652, Ingrassia,Jr. Michael I., et al., Issued September 14, 1999

- USP 5,961,590, Mendeza Daniel J., et al., Issued October 5, 1999

- USP 5,968,131, Mendez, Daniel J., et al., Issued October 19, 1999

- USP 5,974,238, Chase, Jr, Charlie David, Issued October 26, 1999

- USP 5,982,898, Hsu Yung-Kao, et al., Issued November 9 ,1999

- USP 5,987,609, Hasebe, Mikia, Issued November 16, 1999

- USP 5,999,932, Sunil, Paul, et al., Issued December 7, 1999

- USP 6,006,017, Joshi, Abbay, et al., Issued December 21, 1999

- USP 6,020,885, Honda, Yasuaki, Issued February 1, 2000

- USP 6,021,427, Spagna, Richard, et al., Issued February 1, 2000

- USP 6,023,700, Owens, Stephen J.H., et al., Issued February 8, 2000

- USP 6,023,708, Mendez, Daniel J., et al., Issued February 8, 2000

- USP 6,034,621, Kaufman, Steven B., Issued March 7, 2000

- USP 6,052,735, Ulrich, Bryce, et al., Issued April 18, 2000

- USP 6,073,165, Narasimhan, Amand, et al., Issued June 6, 2000

- USP 6,094,477, Noriaki, Nada, et al., Issued July 25, 2000

- USP 6,108,691, Lee, Eugene H., et al., Issued August 22, 2000

- USP 6,108,709, Shinomura, Masahiko et al., Issued August 22, 2000

- USP 6,118,856, Paarsmarkt, James Benjamin, et al., Issued September 12, 2000

- USP 6,125,281, Wells, Mark, et al., Issued September 26, 2000

- USP 6,131,096, Ng, Mason, et al., Issued October 10, 2000

- USP 6,131,116, Riggins, Mark D.., et al., Issued October 10, 2000

- USP 6,138,146, Moon, Billy G., et al., Issued October 24, 2000

- USP 6,151,606, Mendez, Daniel J., Issued November 21, 2000

- USP 6,154,844, Touboul, Shlomo, et al., Issued November 28, 2000

- USP 6,169,986, Bowman, Dwayne, et al., Issued January 2, 2001

- USP 6,182,118, Finney, Michael S., et al., Issued January 30, 2001

- USP 6,212,529, Boothby, David J., et al., Issued April 3, 2001

- USP 6,249,805, Fleming, III, Hoyt A., Issued June 19, 2001

- USP 6,295,541, Bodnar, Eric O., et al., Issued September 25, 2001

- USP 6,304,881, Halim, Chris, et al., Issued October 16, 2001

- USP 6,311,186, MeLampy Patrick J., et al., Issued October 30, 2001

- USP 6,324,542, Wright, Jr, Gerald V., et al., Issued November 27, 2001

- USP 6,334,140, Kawamata, Jiro, Issued December 25, 2001

- USP 6,343,313, Salesky, Joseph et al., Issued January 29, 2002

- USP 6,389,455, Fuisz, Richard C., et al., Issued May 14, 2002

- USP 6,438,583, McDowell, Mark E., et al., Issued August 20, 2002

- USP 6,446,090, Hart, Donald Ralph, Issued September 3, 2002

- USP 6,477,545, LaRue, Chris, Issued November 5, 2002

- USP 6,510,455, Chen, Guan-Hua, et al., Issued January 21, 2003

- USP 6,564,218, Roth, Martin Josef, Issued May 13, 2003

- USP 6,631,416, Bendinelli, Samuel, et al., Issued October 7, 2003

- USP 6,697,942, L'Heureux, David, et al., Issued February 24, 2004

- USP 5,940,074 Britt, Joe F. Jr.; McFadden, Andrew T.; Goldman, Phillip Y.; Leak, Bruce A. Issued 08/17/1999

- USP 5,826,014 Coley, Christopher D,; Wesinger, Jr., Ralph E. Issued 10/20/1998

- USP 5,960,177 Tanno, Kazuhira Issued 09/28/1999

- USP 5,857,201 Wright, Jr., Gerald V.; Beach, Solana; O'Grady, James Issued 01/05/1999

- USP 5,727,202 Kucala, Gregory R. Issued 03/10/1998

- USP 6,044,205 Reed, Drummond Shattuck; Heyman, Peter Earnshaw; Mushero, Steven Mark; Jones, Kevin Benard; Oberlander, Jeffrey Todd; Banay, Dan Issued 03/28/2000

- USP 6,006,274 Hawkins, Jeffrey C.; Boyer, Monty; Sipher, Joe; Tzeng, Lih-Shyng; Kucala, Greg  Issued 12/21/1999

- USP 5,845,293 Veghte, William Lewis; Silverman, Andrew Lawrence; Hysom, Shannon Scott; Dickman, David R. Issued 12/1/1998

- USP 5,862,325 Reed, Drummond Shattuck; Heymann, Peter Earnshaw; Mushero, Steven Mark; Jones, Kevin Bernard; Oberlander, Jeffrey Todd; Banay, Dan Issued 01/19/1999

- USP 5,771,354 Crawford, Christopher M. Issued 06/23/1998

- USP 5,485,370 Moss, Leslie; Medine, Carol A.; Naylor, William Issued 01/16/1996

- USP 6,125,388 Reisman, Richard R. Issued 09/26/2000

- USP 5,787,441 Beckhardt, Steven R.; Issued 07/28/1998

- USP 5,452,448 Sukuraba, Taketoshi; Fukuzawa, Junji; Kuroda, Takaki Issued 09/19/1995

- USP 6,009,528 Teraoka, Fumio Issued 12/28/1999

- USP 6,330,568 Boothby, David J.; Daley, Robert C.; Marien, John R. Issued 12/11/2001

- USP 6,442,616 Inoue, Atsushi; Ishiyama, Masahiro; Moriya, Osamu; Shimbo, Atsushi; Okamoto, Toshio Issued 08/27/2002

- USP 6,049,671 Slivka, Benjamin W.; Webber, Jeffrey S. Issued 04/11/2000

- USP 5,966,714 Huang, Chu-Yi; Romrell, David A.; Tso, Michael Man-Hak Issued 10/12/1999

- USP 6,317,793 Toyosawa, Haruhiko Issued 11/13/2001

- USP 6,061,798 Coley, Christopher D.; Wesinger, Ralph E. Jr. Issued 05/09/2000

- USP 5,416,842 Aziz, Ashar Issued 05/16/1995

- USP 5,745,884 Carnegie, John; Reid, William J. Issued 04/28/1998

- USP 5,721,907 Pyne, Charles F. Issued 02/24/1998

- USP 5,999,947 Zollinger, John M.; Devine, Johnathan Issued 12/07/1999

- USP 5,434,994 Shaheen, Amal A.; Yellepeddy, Krishna K. Issued 07/18/1995

- CA 2191505, Jones, Mark Alan, Issued November 11, 1996

- CA 2210763, Kou, Weidong, Issued July 17, 1997

- EP 0801478, Johnson, Donald Byron, et al., Issued April 7, 1997

- EP 0820028, Anupam, Vinod, et al., Issued August 7, 1997

- EP 0813133 A2 Anand, Rangachari; Islam, Nayeem; Rao, Josyula Ramachandra Issued 12/17/1997

- EP 1130512 A2 Multer, David L.; Issued 09/05/2001

- JP 02000003314, International Classification, Issued January 7, 2000

- JP H09-233115 Norio, Tagawa Issued 09/05/1997

- JP H6-290118 Shigeru, Tago; Teruo, Nakamura; Hideki, Fujioka Issued 03/31/1993

- JP (H)9-81560 Takahashi, Ko; Kagimasa, Hideko; Azumano, Junichi; Ogawa, Masao Issued 03/28/1997

- JP App. (H)5-110564 Takeda, Kozo 10/19/1991

- JP H06-276242 Iwatani, Takao 05/31/1996

- JP (Heisei) 9-8842 Akiba, Yoshiyuki 01/10/1997

- JP (H)6-332858 Yoshida, Kazumasa 05/21/1993

- WO 99/45482 Broderson, Robert; Chatterjee, Prashant; Cohen, Jeffrey Issued 03/03/1998

- WO 96/17306, Laursen, Andrew, et al., Issued June 6, 1996

- WO 97/04389, Falls, Patrick T., et al., Issued February 6, 1997

- WO 97/24678, Huang, Chi-Yi, et al., Issued July 10, 1997

- WO 97/35265, Lim, Peter S., Issued September 25, 1997

- WO 99/05620, Mendez, Daniel J., et al., Issued February 4, 1999

- WO 99/45451, Halim, Chris, et al., Issued September 10, 1999

- WO 00/22543, Hong, Dixon, Issued April 20, 2000

- WO 02/0138599

- WO 02/0174372

## III.    Prior System, Invented/Made/Used/Sold by, Date

- AOL Internet Services was publicly disclosed, used as early as 1995

- Lotus Notes was publicly disclosed, used, sold and/or offered for sale by Lotus Development Corp. at least as early as 1995.

- The Bayou system was publicly used and/or disclosed at least as early as December 1995 by D. Terry, M. Theimer, K. Peterson, Alan Demers, M. Spreitzer, and C. Hauser.

- The Coda system was publicly used and/or disclosed at least as early as February 1996 by M. Satyanarayanan, J. Kistler, P. Kumar, M. Okasaki, E. Siegel and D. Steere.

- Locus System was publicly disclosed by Eliezer Levy and Abraham Silberschatz at least as early as December 1990

- Microsoft Briefcase was publicly used and/or disclosed, sold and/or offered for sale by Microsoft at least as early as August 1995.

- Microsoft Network was publicly used no later than August 1995

- Win CE 1.0 was publicly used and/or disclosed, sold and/or offered for sale by Microsoft at least as early as November 1996.

- IMAP was publicly used and/or disclosed by M. Crispin and R. Austein at least as early as December 1994.

- PCMail was publicly used and/or disclosed by M. Lambert at least as early as June 1998.

- RDIST and SSH were publicly used and/or disclosed by Michael A. Cooper, Tatu Ylonen, Ade Rixon, and by RDIST and SSH manuals at least as early as July 17, 1995.

- RSYNC was publicly released by Andrew Tridgell in June or July 1996.

- Rumor was publicly used and/or disclosed by P. Reiher at least as early as June 1996.

- SSH was publicly released by Tatu Ylonen in 1995

- Palm devices were publicly used and/or disclosed, sold and/or offered for sale by Palm, Inc. at least as early as 1996.

- Internet Explorer 1.0 was publicly used and/or disclosed, sold and/or offered for sale by Microsoft at least as early as July 1995.

- Internet Explorer 2.0 was publicly disclosed, used, sold and/or offered for sale by Microsoft at least as early as November 1995.

- Internet Explorer 3.0 was publicly disclosed, used, sold and/or offered for sale by Microsoft at least as early as August 1996.

- Microsoft Internet Mail and News was publicly used and/or disclosed, sold and/or offered for sale by Microsoft at least as early as 1996.

- Microsoft Outlook was in public use and/or on sale by 1997

- Netscape Mail Server was in public use and/or on sale by 1995

- Netscape News Server was in public use and/or on sale by 1995

- Big Sky Technologies' Remark! System was in public use and/or on sale by 1995

- cc:Mail was in public use by Lotus no later than 1995

- Simmon Personal Communicator by IBM/Bell South was publicly disclosed no later than by June 1994

- Envoy Smartphones by Motorola was publicly disclosed no later than January 1995

- Apple Newton based PDA's was publicly disclosed no later than January 1995

- WebFS was publicly used by May 1996 by Amin Vahdat

DATED: September 04, 2007

/s/ David J. Healey
David Healey (Attorney-in-Charge)
State Bar No. 09327980
Garland T. Stephens
State Bar No. 24053910
Zachariah S. Harrington
State Bar No. 24057886
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-546-5000
Fax: 713-224-9511
david.healey@weil.com
garland.stephens@weil.com
zachariah.harrington@weil.com

Matthew J. Antonelli (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Fax: 212-310-8007
matthew.antonelli@weil.com

Michael Jones
POTTER MINTON P.C.
110 North College, 500 Plaza Tower
Tyler, Texas 75702
Telephone: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

G. William Lavender
LAVENDER LAW
210 N. State Line Ave. Suite 503
Texarkana, AR 71854
Telephone: 870-773-3187
Fax: 870-773-3181
blav@lavenderlaw.com

**COUNSEL FOR MICROSOFT
CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing documents were filed on this 4th day of September, 2007, via the Court's electronic filing system.  True and correct copies of the foregoing document were served electronically on all counsel of record.

/s/ Sean Mills
Sean Mills