IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Visto Corporation, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:05-CV-546 (DF) |
| Microsoft Corporation | § § | **JURY DEMANDED** |
| Defendant. | § § § § | **FILED UNDER SEAL** |

**ORDER GRANTING MICROSOFT UNOPPOSED MOTION FOR LEAVE TO SUBMIT THE PATENT OFFICE'S REJECTIONS OF ALL OF THE ASSERTED CLAIMS INTO THE RECORD FOR PENDING MOTIONS AND <u>FOR EMERGENCY RELIEF</u>**

The Court, having considered Microsoft's Unopposed Motion For Leave To Submit The Patent Office's Rejections Of All Of The Asserted Claims Into The Record For Pending Motions And For Emergency Relief and finding good cause supporting it, finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Microsoft's Unopposed Motion For Leave To Submit The Patent Office's Rejections Of All Of The Asserted Claims Into The Record For Pending Motions And For Emergency Relief is hereby GRANTED.

**SIGNED this 3rd day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE